*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

TRUGREEN LIMITED PARTNERSHIP,

        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,

        Defendant-Appellee.

FOR PUBLICATION
July 29, 2021

No. 344142
Court of Claims
LC No. 17-000141-MT

ON REMAND

Before: SHAPIRO, P.J., and GLEICHER and SWARTZLE, JJ.

SHAPIRO, P.J. (*concurring*).

I join Judge Gleicher's opinion in full. In our previous review of this case, I authored a concurrence in response to Judge Swartzle's dissent. *TruGreen Ltd Partnership v Dep't of Treasury*, 332 Mich App 73, 89-96; 955 NW2d 529 (2020) (SHAPIRO, P.J., concurring). As Judge Swartzle has elected to adopt that dissent by reference, I will do the same by adopting my prior concurrence by reference rather than repeating it here.

                                  /s/ Douglas B. Shapiro